**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Ron TAVOR, | ) | No. CIV 05-2867-PHX-SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| AETNA LIFE INSURANCE COMPANY, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pending before the Court is a Motion to Appear by Telephone at the Preliminary Pretrial Conference filed by Defendant Aetna Life Insurance Co. [Doc. No. 18]  For good cause appearing,

**IT IS HEREBY ORDERED** that Defendant's Motion to Appear by Telephone at the Preliminary Pretrial Conference [Doc. No. 18] is **GRANTED**.

**IT IS FURTHER ORDERED** that a representative of Defendant Aetna Life Insurance Co. may appear telephonically at the October 5, 2006 Preliminary Pretrial Conference.  At 3:55 p.m. Mountain Standard Time, that individual shall call the Court on a clear telephone line at 602-322-7555.

DATED this 28th day of September, 2006.

Stephen M. McNamee
United States District Judge