**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Ron TAVOR, | ) | No. CIV 05-2867-PHX-SMM |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| AETNA LIFE INSURANCE COMPANY, | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pending before the Court is the parties' Joint Motion to Vacate Oral Argument or, in the alternative, to Continue Trial. (Doc. No. 32)   The parties have agreed to vacate oral argument and submit this matter to the Court based on the pleadings to date.  Accordingly, in light of the parties' request and good cause appearing,

**IT IS HEREBY ORDERED** that parties' Joint Motion to Vacate Oral Argument or, in the alternative, to Continue Trial (Doc. No. 32) is **GRANTED**.

**IT IS FURTHER ORDERED VACATING** the bench trial scheduled for Wednesday, August 15, 2007.  As per the parties' request, the Court will render a decision based on the pleadings to date.

DATED this 7th day of August, 2007.

_____
Stephen M. McNamee
United States District Judge